James E. Cecchi, Esq.
Melissa E. Flax, Esq.
CARELLA, BYRNE, CECCHI,
  OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068-1739
973-994-1700
jcecchi@carellabyrne.com
mflax@carellabyrne.com

RECEIVED

JAN 04 2016

AT 8:30_____M
WILLIAM T. WALSH
CLERK

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA GMBH, ASTRAZENECA PHARMACEUTICALS LP, and ASTRAZENECA UK LIMITED,<br><br>  Plaintiffs,<br><br>v.<br><br>APOTEX CORP. and APOTEX INC.,<br><br>  Defendants. | Case No.: 3:15-cv-08492-FLW-DEA<br><br>**CONSENT ORDER FOR**<br>***PRO HAC VICE***<br>**ADMISSION OF COUNSEL** |

THIS MATTER having been brought before the Court by Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. (Melissa E. Flax, Esq.), attorneys for Defendants Apotex Inc. and Apotex Corp. for an order allowing Andrew M. Alul, Esq., Stephen R. Auten, Esq. and Brian P. Murray, Esq., to appear and participate *pro hac vice,* on notice to and with the consent of McCarter & English LLP (Raven Patel, Esq.), attorneys for Plaintiffs Takeda GMBH, AstraZeneca Pharmaceuticals LP, and AstraZeneca UK Limited, and the Court having considered Defendants' request and the supporting Declarations of Andrew M. Alul, Esq.,

- 1 -

Stephen R. Auten, Esq., Brian P. Murray, Esq. and Melissa E. Flax, Esq.; and for good cause shown;

IT IS this 4th day of January, 2016 hereby

**ORDERED** that Andrew M. Alul, Esq., a member of the bar of Illinois (among others as set forth in the Declaration of Steven H. Sklar In Support of *Pro Hac Vice* Admission), be permitted to appear *pro hac vice* in the above captioned matter pursuant to L.Civ.R. 101.1(c), United States District Court for the District of New Jersey; provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Melissa E. Flax, Esq., a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court, or any other attorney in the firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that Stephen R. Auten, Esq., a member of the bar of Illinois (among others as more fully set forth in the Declaration of Kenneth P. Spina in Support of *Pro Hac Vice* Admission), be permitted to appear *pro hac vice* in the above captioned matter pursuant to L.Civ.R. 101.1(c), United States District Court for the District of New Jersey; provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Melissa E. Flax, Esq., a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court, or any other attorney in the firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of this proceeding, unless

expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that Brian P. Murray, Esq., a member of the bar of Illinois (among others as more fully set forth in the Declaration of Kenneth P. Spina in Support of *Pro Hac Vice* Admission), be permitted to appear *pro hac vice* in the above captioned matter pursuant to L.Civ.R. 101.1(c), United States District Court for the District of New Jersey; provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Melissa E. Flax, Esq., a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court, or any other attorney in the firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that Andrew M. Alul, Esq., Stephen R. Auten, Esq. and Brian P. Murray, Esq. shall each pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of entry of this order; and it is further

**ORDERED** that Andrew M. Alul, Esq., Stephen R. Auten, Esq. and Brian P. Murray, Esq. shall each make a payment of $150.00 on admission payable to the Clerk, USDC; and it is further

**ORDERED** that Andrew M. Alul, Esq., Stephen R. Auten, Esq. and Brian P. Murray, Esq. shall be bound by the Local Civil Rules of the United States District Court for the District

of New Jersey, including, but not limited to, the provisions of L.Civ.R. 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and L.Civ.R. 104.1, <u>Discipline of Attorneys</u>.

SO ORDERED:

_____
HON. DOUGLAS E. ARPERT, U.S.M.J.