James E. Cecchi, Esq.
Melissa E. Flax, Esq.
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, NJ 07068-1739
973-994-1700
jcecchi@carellabyrne.com
mflax@carellabyrne.com

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA GMBH, ASTRAZENECA PHARMACEUTICALS LP, and ASTRAZENECA UK LIMITED, | ) ) ) Case No.: 3:15-cv-08492 (FLW)(DEA) |
| Plaintiffs, | ) **FILED ELECTRONICALLY** |
| v. | ) **REQUEST TO RECEIVE ELECTRONIC NOTICES** |
| APOTEX CORP. and APOTEX INC., | ) |
| Defendants. | ) |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If the admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of Court.

                                                CARELLA, BYRNE, CECCHI, OLSTEIN,
                                                BRODY & AGNELLO

Dated: January 5, 2016                      By:   */s/ Melissa E. Flax*
                                                               MELISSA E. FLAX

<u>*PRO HAC VICE* ATTORNEY INFORMATION</u>:

Name:	Andrew M. Alul

Address:	Taft Stettinius & Hollister LLP
	111 East Wacker, Suite 2800
	Chicago, Illinois  60601

E-Mail:	aalul@taftlaw.com